# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR GONZALEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JEFF WRIGLEY, Warden,<br><br>　　　　　Respondent.<br>　　　　　　　　　　　　　　　　／ | CV F   06-1081 AWI DLB HC<br><br>ORDER VACATING ORDER TO RESPOND ISSUED SEPTEMBER 13, 2006<br><br>[Doc. 4] |

　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　On September 13, 2006, this Court issued an Order directing Respondent to file a response to the Petition. At this time, the Court hereby VACATES the Order directing Respondent to file a response. A Findings and Recommendation will be issued contemporaneously with this order.


　　　IT IS SO ORDERED.

　　Dated:　**October 19, 2006**　　　　　　　　　　/s/ *Dennis L. Beck*
　3b142a　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1